UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN HALL BEY,<br><br>Plaintiff,<br><br>vs.<br><br>ACCOUNT SERVICES COLLECTIONS, INC., RICHARD C. GOFORTH, JULIE GOFORTH, MARIA BARBERA, and CINDY DILLINGHAM,<br><br>Defendants. | CASE NO. CV 15-03360 BRO (VBKx)<br><br>**JUDGMENT** |

On April 19, 2016, this Court granted in its entirety the Motion for Summary Judgment of Defendants, Account Services Collections, Inc., Richard C. Goforth, Julie Goforth, Maria Barbera, and Cindy Dillingham ("Defendants"), pursuant to Federal Rule of Civil Procedure 56 on the grounds that the claims as set forth in the Complaint of Plaintiff Branden Hall Bey are without merit as a matter of law against Defendants.

In accordance with the Court's Order granting the Defendants' Motion for Summary Judgment, the Court now enters the following judgment.

4852-2322-9744.1

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

2    1.   Plaintiff Branden Hall Bey recover nothing from Defendants;

3    2.   Judgment is entered in favor of Defendants; and

4    3.   Defendants may apply to recover costs of suit from Branden Hall Bey.

**IT IS HEREBY ORDERED**

Dated: May 3, 2016      _____
                         HONORABLE BEVERLY REID O'CONNELL
                         UNITED STATES DISTRICT COURT JUDGE

4852-2322-9744.1

2
JUDGMENT